**No. 45479.**—Protest 983436–G of S. Rosenfelder & Son (New York).

Opinion by CLINE, J. The record showed that the skins were imported in bales covered with burlap having a tag containing the shipping directions and the legend "Country of Origin: Spain." The burlap covering the bales in question was found to be the immediate container of the skins and the protest was sustained on the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103). *United States* v. *Monteverde* (26 C. C. P. A. 112, C. A. D. 2) distinguished. *American Hatters & Furriers Co.* v. *United States* (1 Cust. Ct. 111, C. D. 31) and Abstracts 37079, 39518, 39519, 40715, 41288, 41129, and 44274 cited.

**No. 45481.**—Protest 987432–G of Fritzsche Bros., Inc. (New York).

Opinion by CLINE, J. The appraiser reported that the merchandise was incapable of being marked and that the bottles and the containers were legally marked at time of importation. On the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the protest was sustained.

**No. 45482.**—Protest 987209–G of Advance Solvents & Chem. Corp. (New York).

Opinion by CLINE, J. The appraiser reported that the demijohns and other containers were not marked. A cardboard tag was tied to the outer containers and since this is not a permanent form of marking it was required that the containers be stenciled to show the country of origin. On the record presented the protest was overruled.